AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**<u>Summons Rider</u>**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No. 26-cv-3805**

**THE CITY OF NEW YORK**
c/o New York City Law Department
100 Church St.
New York, NY 10007

**THE TRUSTEES OF COLUMBIA UNIVERSITY**
630 W 168TH ST, FL 4
NEW YORK, NY 10032-3725

**ALLIED UNIVERSAL**
123 William St.
7th Floor
New York, NY 10038

**SHAKUR STOVES-BOSTON**
[personal address unknown or omitted for privacy]

**CARLOS DELAROSA**
[personal address unknown or omitted for privacy]

**PATRICK OAKLEY**
[personal address unknown or omitted for privacy]

**MATHEW COLEMAN**
[personal address unknown or omitted for privacy]

**FNU JOHNSON**
[personal address unknown or omitted for privacy]

**EDGARS TRAPSS**
[personal address unknown or omitted for privacy]

**DONALD GANNON**
[personal address unknown or omitted for privacy]

**RICHARD GRANT**
[personal address unknown or omitted for privacy]

**WALCOTT D. "DOE"**
[personal address unknown or omitted for privacy]

1

**<u>Summons Rider</u>**

**VICTOR G. "DOE"**
[personal address unknown or omitted for privacy]

2

**VICTOR G. "DOE"**
[personal address unknown or omitted for privacy]