AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Fadi Shuman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26-cv-03805 |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                      .

Date:    05/08/2026

/s/ Regina Yu
*Attorney's signature*

Regina Yu, 6078000
*Printed name and bar number*

Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385

*Address*

regina@femmelaw.com
*E-mail address*

(929) 396-7073
*Telephone number*

(929) 888-9457
*FAX number*