AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Fadi Shuman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.        1:26-cv-03805 |
| The City of New York,  The Trustees of Columbia Uni | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fadi Shuman                                                                                                      .

Date:        05/08/2026

s/ Tahanie A. Aboushi
*Attorney's signature*

Tahanie A. Aboushi-  4813689
*Printed name and bar number*

THE ABOUSHI LAW FIRM, PLLC
1441 BROADWAY, 5TH FLOOR
NEW YORK, NY 10018

*Address*

Tahanie@aboushi.com
*E-mail address*

(212) 391-8500
*Telephone number*

*FAX number*