**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FADI SHUMAN,

Plaintiff,

v.

THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, ALLIED UNIVERSAL, SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATHEW COLEMAN, FNU JOHNSON, EDGAR TRAPSS, DONALD GANNON, RICHARD GRANT, WALCOTT D. "DOE", VICTOR G. "DOE", and JOHN DOES 1-2, individually and in their official capacities,

Defendants.

No. 26-CV-03805 (JPC)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Andrew W. Schilling, a member of this Court in good standing, enters his appearance in the above-captioned action as counsel for Defendant The Trustees of Columbia University in the City of New York, sued in this action as "The Trustees Of Columbia University."

Dated: New York, New York
      May 12, 2026

Respectfully submitted,

SCHILLING LAW LLC

By:  /s/ *Andrew W. Schilling*
      Andrew W. Schilling
      810 Seventh Avenue
      Suite 305
      New York, New York 10019
      aschilling@schillinglaw.com
      (212) 551-7881
      *Attorneys for Defendant The Trustees of Columbia University in the City of New York*