**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **FADI SHUMAN,** | **DECLARATION OF SERVICE** |
| **Plaintiff,** | **26-cv-03805 (JPC)** |
| -v- | |
| **THE CITY OF NEW YORK, et al.,** | |
| **Defendants.** | |

REGINA YU hereby declares under penalty of perjury that the following statements are true and correct:

1. I am over 18 years of age and not a party to this action.

2. On June 2, 2026, at around 8:18pm, I transmitted the following documents in the above matter to the New York City Law Department by e-mail at ServiceECF@law.nyc.gov for service on Defendant City of New York:

   a. Summons (ECF 11);

   b. Complaint (ECF 1);

   c. Individual Rules of Practice of Hon. John P. Cronan; and

   d. SDNY ECF Rules.

3. I then received the e-mail attached hereto as Exhibit A from the Law Department confirming receipt and service of the above.

Dated: Brooklyn, New York
       June 2, 2026

*Regina Yu*

_____

Regina Yu

2

# EXHIBIT A



**Regina Yu <regina@femmelaw.com>**

## Proof of service receipt

1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>                                      Tue, Jun 2, 2026 at 8:23 PM
To: Regina Yu <regina@femmelaw.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.