## AFFIDAVIT OF SERVICE

INDEX #:  1:26-CV-03805-JPC
DATE FILED:  5/20/2026
ATTORNEY:  COHEN & GREEN P.L.L.C.
       1639 CENTRE STREET SUITE 216 RIDGEWOOD NY 11385 (929)888-9480

UNITED STATES DISTRICT COURT FOR THE
    SOUTHERN DISTRICT OF NEW YORK

FADI SHUMAN,
Plaintiff(s)

- against -

THE CITY OF NEW YORK, ET AL
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:    ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 06/09/2026, 03:11PM at 80 STATE STREET, 10TH FLOOR, ALBANY, NEW YORK 12207, deponent served a SUMMONS IN A CIVIL ACTION AND COMPLAINT upon UNIVERSAL PROTECTION SERVICE LLC , BY SERVICE UPON CORPORATION SERVICE COMPANY AS REGISTERED AGENT, a defendant in the above captioned matter.

By delivering to and leaving a true copy of the above described papers thereof personally with MINARD CARKNER, Registered Agent, who indicated that he was authorized to accept service of process on behalf of UNIVERSAL PROTECTION SERVICE LLC.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender M    Approximate age 37    Approximate height 6'02"    Approximate weight 200    Perceived Race WHITE
Color of hair BROWN

Sworn to before me on 06/10/2026
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2030

X_____
STEF MARIE

COMPLIANT PROCESS SERVICE INC
2648 MONTAUK AVENUE  MERRICK, NY 11566 (516)967-5246