UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

FADI SHUMAN,

                                      Plaintiff,
                                                      **NOTICE OF APPEARANCE**

            -against-

CITY OF NEW YORK et al.,                              26 Civ. 3805 (JPC)

                                      Defendants.

------------------------------------------------------------------------- x


      **PLEASE TAKE NOTICE** that **Seamus O'Connor, Esq.**, Assistant Corporation Counsel,

hereby appears as counsel of record on behalf of Steven Banks, Corporation Counsel of the City

of New York, attorney for Defendant City of New York in this case.

      **PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should

be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:  New York, New York
       June 23, 2026

                         **STEVEN BANKS**
                         CORPORATION COUNSEL OF THE CITY OF NEW YORK
                         *Attorney for Defendant City*
                         100 Church Street
                         New York, New York 10007

By:    *Seamus O'Connor* /s/

          Seamus O'Connor
          *Assistant Corporation Counsel*
          Special Federal Litigation Division

Cc:   **By ECF**
      Elena L. Cohen
      J. Remy Green
      Regina J. Yu
      Leena M. Widdi
      1639 Centre Street, Suite 216
      Ridgewood, NY 11385
      (929) 888-9480

      Tahanie A. Aboushi, Esq.
      1441 Broadway, 5th Floor
      New York, NY 10018
      t: (212) 391-8500
      tahanie@aboushi.com

      Gideon Orion Oliver
      277 Broadway, Suite 1501
      New York, NY 10007
      t: 718-783-3682
      f: 646-349-2914
      Gideon@GideonLaw.com

2