

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**SEAMUS O'CONNOR**
*Assistant Corporation Counsel*
seoconno@law.nyc.gov
Phone:  (212) 356-2337

June 23, 2026

**By ECF**
Magistrate Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

Re: <u>Fadi Shuman v City of New York et. al.,</u>
26-CV-3805 (JPC)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department. I write on behalf of defendant City of New York to respectfully request a sixty day (60) enlargement of time until August 22, 2026, to answer or otherwise respond to the Complaint. This is the first request for an extension to answer. Plaintiff's counsel consents to this request.

Plaintiff alleges, <u>inter alia</u> that on May 7, 2025, he was falsely arrested and subject to excessive force by Public Safety Officers hired by Columbia University while Plaintiff was attending a protest. (ECF No. 1) Plaintiff further alleges on the individual safety officers were "cloaked" with state power and therefore were liable under the state common law doctrine of respondent superior. (<u>Id</u>. at ¶ 103) The City was served on June 2, 2026. (ECF No. 12)

Based on the allegations in the Complaint, there are several reasons for seeking an enlargement of time in this matter. In accordance with this Office's obligations under Rule 11 of the Federal Rules of Civil Procedure, the City needs time to investigate the allegations in the Complaint. This will require the City to obtain underlying paperwork relating to plaintiff and their claims, as well as to attempt to speak with City staff who may have information relating to Plaintiff's claims. Plaintiff has not yet served Defendants with a 160.50 release. The enlargement proposed herein will allow sufficient time for defendants to collect the underlying documents and adequately review their contents prior to filing a responsive pleading in this matter.

On May 8, 2026, Plaintiff filed a statement of relatedness to the matter of <u>Mahmoud Khalil vs. Trustees of Columbia University et al.</u>, 25 CV 2079. Defendant Columbia University filed a letter opposing Plaintiff's Statement of Relatedness. (ECF No. 9)  Based on a preliminary review, defendant City opposes Plaintiff's request to designate this case as related to the <u>Khalil</u> matter. The City of New York is not a defendant in the <u>Khalil</u> case which focuses on other incidents and date, as well as issues unrelated to any claims against the City. Further as the City of New York is not a defendant in the <u>Khalil</u> case, there would be no overlapping discovery related to claims against the City. To the extent the Court requires the City to elaborate its position in a separate letter, Defendants request two weeks from today's date to submit a letter setting forth its position.

In light of the above, the City respectfully requests a sixty day enlargement of time until August 22, 2026, to answer or otherwise respond to the complaint.

Thank you for your consideration of these requests.

Respectfully submitted,

/s/*Seamus O'Connor*
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Counsel by ECF