**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FADI SHUMAN,<br><br>                    Plaintiff,<br><br>         v.<br><br>THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, ALLIED UNIVERSAL, SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATHEW COLEMAN, FNU JOHNSON, EDGAR TRAPSS, DONALD GANNON, RICHARD GRANT, WALCOTT D. "DOE", VICTOR G. "DOE", and JOHN DOES 1-2, individually and in their official capacities,<br><br>                    Defendants. | No. 26-CV-03805 (JPC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Andrew W. Schilling, a member of this Court in good standing, enters his appearance in the above-captioned action as counsel for Defendants Patrick Oakley, Mathew Coleman, Edgar Trapsh (sued in this action as "Edgar Trapss"), Donald Gannon, and Richard Grant.

Dated: New York, New York
         June 25, 2026

                                        Respectfully submitted,

                                        SCHILLING LAW LLC

By:   /s/ *Andrew W. Schilling*
        Andrew W. Schilling
        810 Seventh Avenue
        Suite 305
        New York, New York 10019
        aschilling@schillinglaw.com
        (212) 551-7881