**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FADI SHUMAN,

                    Plaintiff,

          v.

THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, ALLIED UNIVERSAL, SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATHEW COLEMAN, FNU JOHNSON, EDGAR TRAPSS, DONALD GANNON, RICHARD GRANT, WALCOTT D. "DOE", VICTOR G. "DOE", and JOHN DOES 1-2, individually and in their official capacities,

                    Defendants.

---

No. 26-CV-03805 (JPC)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Emily A. Edwards, a member of this Court in good standing, enters her appearance in the above-captioned action as counsel for Defendants The Trustees of Columbia University in the City of New York (sued in this action as "The Trustees of Columbia University"), Patrick Oakley, Mathew Coleman, Edgar Trapsh (sued in this action as "Edgar Trapss"), Donald Gannon, and Richard Grant.

Dated: New York, New York
          June 25, 2026

                                        Respectfully submitted,

                                        SCHILLING LAW LLC

                              By:   /s/ *Emily A. Edwards*
                                        Emily A. Edwards
                                        810 Seventh Avenue
                                        Suite 305
                                        New York, New York 10019
                                        eedwards@schillinglaw.com
                                        (212) 551-7885