**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FADI SHUMAN,

Plaintiff,

v.

THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, ALLIED UNIVERSAL, SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATHEW COLEMAN, FNU JOHNSON, EDGAR TRAPSS, DONALD GANNON, RICHARD GRANT, WALCOTT D. "DOE", VICTOR G. "DOE", and JOHN DOES 1-2, individually and in their official capacities,

Defendants.

No. 26-CV-03805 (JPC)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Elisabeth Shane, a member of this Court in good standing, enters her appearance in the above-captioned action as counsel for Defendants Patrick Oakley, Mathew Coleman, Edgar Trapsh (sued in this action as "Edgar Trapss"), Donald Gannon, and Richard Grant.

Dated: New York, New York
        June 25, 2026

Respectfully submitted,

SCHILLING LAW LLC

By:  /s/ *Elisabeth Shane*
     Elisabeth Shane
     810 Seventh Avenue
     Suite 305
     New York, New York 10019
     eshane@schillinglaw.com
     (212) 551-7886