

**Andrew W. Schilling**
810 Seventh Ave
Suite 305
New York, NY 10019

July 8, 2026

**By ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Shuman v. The City of New York et al.*, No. 26-CV-03805-JPC (S.D.N.Y.)

Dear Judge Cronan:

We represent defendant Columbia University as well as individual Columbia defendants Patrick Oakley, Matthew Coleman, Edgar Trapsh, Donald Gannon, and Richard Grant (the "Columbia Individual Defendants") (collectively with Columbia, the "Columbia Defendants"). We respectfully submit this letter to request that the Court set a uniform date of August 22, 2026, for the Columbia Defendants to answer, move, or otherwise respond to the complaint.

Columbia was served with the complaint on June 18, 2026, and its response to the complaint is currently due on July 9, 2026. With respect to the Columbia Individual Defendants, undersigned counsel advised plaintiff's counsel that we would accept service of process by email to obviate the need for personal service upon the individuals. Plaintiff affected service by email today, July 8, 2026. Accordingly, the responses to the complaint of the Columbia Individual Defendants are currently due July 29, 2026.

We respectfully request that the Court establish August 22, 2026, as the deadline for the Columbia Defendants to respond to the complaint. Granting this request would establish a single date by which Columbia and the Columbia Individual Defendants would be required to respond to the complaint; align the response date of the Columbia Defendants with that of co-defendant City of New York (*see* Dkt. 18 (granting City's extension through August 22, 2026)); and provide the additional time necessary for the Columbia Defendants to complete their investigation into the facts alleged in the complaint.

This is the first request by the Columbia Defendants for an extension of time to respond to the complaint. Plaintiff's counsel has consented to the extension. This extension will not affect any other scheduled dates or deadlines.

We thank the Court for its consideration of this request.

      Respectfully submitted,

      Andrew W. Schilling

cc:    **By ECF**
      All Counsel of Record