**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Fadi Shuman

*Plaintiff,*

v.

The City of New York, et al.,

*Defendants*

**26-CV-03805 (JPC)(SN)**

**DECLARATION OF SERVICE**

I, Leena Mohmoud Widdi, being duly sworn, depose and say:

1. I am Of-Counsel to Cohen&Green P.L.L.C., who, along with Gideon Orion Oliver represent Plaintiff Fadi Shuman in the above-captioned case.

2. I am over 18 years old and not a party to this action.

3. On July 8, 2026, at approximately 9:05 a.m., Andrew W. Schilling, of Schilling Law LLC, counsel for Defendants Patrick Oakley, Matthew Coleman, Edgar Trapsh (named as "Edgar Trapss"), Donald Gannon, and Richard Grant agreed to accept service on behalf of his clients by e-mail.

4. On that same date, at approximately 5:07 p.m., I e-mailed Mr. Schilling a copy of the Complaint, summons, the Court's Electronic Case Filing rules and Judge John O. Cronan's individual rules of practice.

5. On that same date, at approximately 5:13 p.m., Mr. Schilling responded to that email confirming that he accepted service on behalf of the above-named individual defendants.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: July 23, 2026

/s/

_____

Leena Mohmoud Widdi

Case 1:26-cv-03805-JPC    Document 26    Filed 07/23/26    Page 2 of 2