

July 31, 2026

Hon. John Peter Cronan, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl St., Courtroom 218
New York, NY 10007

By Electronic Filing and Electronic Mail to
CronanNYSDChambers@nysd.uscourts.gov.

  **Re:**  **<u>Fadi Shuman v. The City of New York, et al</u>, 1:26-cv-03805 (JPC)**

Your Honor:

  My firm, with co-counsel, represents Plaintiff in the above-referenced case. I write to request an extension of time within which to complete service of the May 7, 2026 Complaint in this matter, on Defendants Shakur Stoves-Boston, Carlos Delarosa, Walcott D. "Doe," Victor G. "Doe," and First Name Unknown ("FNU") Johnson, until October 4, 2026. The original deadline for service is August 5, 2026. This is the first request for such relief.

  All other defendants have been served.[1] Counsel for the City of New York has consented to this request. Counsel for The Trustees of Columbia University ("Columbia University"), Edgar Trapsh (named as Edgar Trapss), Donald Gannon, Patrick Oakley, Mathew Coleman, and Richard Grant, has no objection to this request. Below is an explanation of the diligent efforts Plaintiff has made to effectuate service.

  On June 25, 2026, I emailed counsel for Defendant Allied Universal ("Allied") with a letter requesting information about the named Defendants, including each Defendant's employer at the time of the incident and each Defendant's contact information and service address. After no response, my co-counsel followed up on this request on July 14, 2026. On July 23, 2026, I followed up a second time.

  On July 23, 2026, counsel for Allied stated that Defendants Shakur Stoves-Boston and Carlos Delarosa were employed by Allied on the date of the incident, but that he had no information about any of the other Defendants. Counsel for Allied stated that Allied had not yet determined representation for Stoves-Boston and Delarosa, and that they were in conversation with their clients and Columbia University on the issue of representation. He further stated that, in the meantime, neither could accept service on behalf of those Defendants, or otherwise provide service addresses, but that he would provide me with contact information for new counsel as soon as it becomes available. On July 30, 2026, I followed up via e-mail for an update. As of the date of this filing, I have not yet received a reply.

---

[1] Those defendants are: The City of New York, Allied Universal, The Trustees of Columbia University ("Columbia University"), Edgar Trapss, Donald Gannon, Patrick Oakley, Mathew Coleman, and Richard Grant.



Regarding Defendants "Walcott D. Doe" and "Victor G. Doe," on July 2, 2026, in response to a letter I sent on June 25, 2026, counsel for Columbia University provided me with their complete names—Dalwayne Walcott and Victor Garcia—and informed me that they were affiliated with Pinkerton Consulting & Investigations Inc. ("Pinkerton") at the time of the incident. [2] Counsel for Columbia further provided me with contact information for Pinkerton's counsel.

On July 8, 2026, I sent an e-mail to counsel for Pinkerton, requesting service addresses and contact information for Dalwayne Walcott and Victor Garcia. After receiving no response, on July 23, 2026, I followed up. On July 29, 2026, I followed up for a second time. Unfortunately, as of the date of this filing, counsel for Pinkerton has not responded to any of my e-mails.

Finally, regarding Defendant FNU Johnson, Plaintiffs have been unable to identify this Defendant or obtain his contact information or service address.

For the reasons set forth above, I respectfully submit that those circumstances constitute good cause within the meaning of Fed.R.Civ.P. 4(m) to extend the deadline within which to serve Defendants Shakur Stoves-Boston, Carlos Delarosa, Walcott D. Doe, Victor G. Doe and FNU Johnson.

Therefore, pursuant to FRCP 4(m), I ask that the Court extend the time to serve these defendants for 45 days, up to and including October 4, 2026, to allow Plaintiffs time to investigate and locate the proper service information for each remaining Defendant.

As always, we thank the Court for its time.

Respectfully submitted,

/s/

_____

Leena Mohmoud Widdi
Of-Counsel
Cohen&Green P.L.L.C.
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

---

[2] Plaintiff intends to timely amend the Complaint to substitute the names of the "Does" we have learned and to add Pinkerton as a party.

COHEN&GREEN

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com