UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FADI SHUMAN,

Plaintiff,

v.

THE CITY OF NEW YORK, *et al.*,

Defendants.

No. 26 Civ. 3805 (JPC)

NOTICE OF APPEARANCE

Please take notice that the undersigned, Melissa Danzo of KKL LLP, hereby enters her appearance as counsel for Defendant ALLIED UNIVERSAL in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: August 18, 2026

Respectfully submitted,

/s/ *Melissa C. Danzo*

Melissa C. Danzo
KKL LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9566
Melissa.Danzo@KKLllp.com