KKL

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

Rebecca S. Tinio
+1 212 390 9567
Rebecca.Tinio@KKLllp.com

August 18, 2026

By ECF/E-Mail

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

***Re: Shuman v. City of New York et al.*, 26 Civ. 3805 (JPC)**

Dear Judge Cronan:

We represent defendant Allied Universal ("Allied") in the above-captioned proceeding. We respectfully submit this letter to request that the Court grant Allied an extension of time, *nunc pro tunc*, through September 24, 2026, to answer, move, or otherwise respond to the complaint. We have conferred with counsel for Plaintiff, who courteously consent to this request.

Allied was served with the complaint on June 9, 2026, and its response to the complaint was due on June 30, 2026. Dkt. No. 14. We apologize for the *nunc pro tunc* nature of this application, which is also inconsistent with the Court's individual practices; the undersigned counsel was only very recently retained, on August 11, 2026. We understand that the delay in our firm's retention was due to certain administrative issues, which have now been resolved. Since our retention, we have begun to familiarize ourselves with the matter and made contact with Plaintiff's counsel and with the two individually named defendants associated with Allied, Mr. Carlos Delarosa and Mr. Shakur Stoves-Boston. We are in the process of determining the issue of these individual defendants' representation and are working to resolve that question expeditiously. We note that the Court recently extended Plaintiff's time to serve certain defendants, including Mr. Delarosa and Mr. Stoves-Boston, until September 3, 2026, Dkt. No. 28; we expect to resolve the issue of their representation in advance of that date. We seek the requested extension of Allied's deadline to respond to the complaint until September 24, 2026, in order to be able to thoroughly get up to speed on this matter, hopefully determine the representation of the named individuals, and prepare a complete and considered response.

This is the first request by Allied for an extension of time to respond to the complaint. As noted above, Plaintiff's counsel has consented to the extension. This extension will not affect any other scheduled dates or deadlines.

Respectfully submitted,
KKL LLP

By: /s/ Rebecca S. Tinio
Rebecca S. Tinio
Melissa C. Danzo

cc: All Counsel of Record

Allied's deadline to respond to the Complaint is extended until September 24, 2026. The Clerk of Court is respectfully directed to close Dkt. 31.

SO ORDERED
August 19, 2026

JOHN P. CRONAN
United States District Judge