**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FADI SHUMAN,

Plaintiff,

v.

THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, UNIVERSAL PROTECTION SERVICE LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES, PINKERTON CONSULTING & INVESTIGATIONS INC., SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATHEW COLEMAN, CAMERON JOHNSON, EDGAR TRAPSH, DONALD GANNON, RICHARD GRANT, DALWAYNE WALCOTT, VICTOR GARCIA, and JOHN DOES 1-2, individually and in their official capacities,

Defendants.

No. 26-CV-03805 (JPC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Elisabeth Shane, a member of this Court in good standing, enters her appearance in the above-captioned action as counsel for Defendant Cameron Johnson.

Dated: New York, New York
August 24, 2026

Respectfully submitted,

SCHILLING LAW LLC

By: /s/ *Elisabeth Shane*

Elisabeth Shane
810 Seventh Avenue
Suite 305
New York, New York 10019
eshane@schillinglaw.com
(212) 551-7886