# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| FADI SHUMAN,<br><br>*Plaintiff(s)*<br>v.<br><br>THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, UNIVERSAL PROTECTION SERVICE LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES , PINKERTON CONSULTING & INVESTIGATIONS INC., SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATHEW COLEMAN, CAMERON JOHNSON, EDGAR TRAPSH, DONALD GANNON, RICHARD GRANT, DALWAYNE WALCOTT, VICTOR GARCIA, and JOHN DOES 1-2, individually and in their official capacities,<br><br>*Defendant(s)* | ) | Civil Action No. 26-cv-3805 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Leena Widdi
Cohen&Green P.L.L.C.
1639 Centre Street, Suite 216
Ridgewood, NY 11385
Leena@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________
*Signature of Clerk or Deputy Clerk*

**<u>Summons Rider</u>**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No. 26-cv-3805**

**CAMERON JOHNSON**
[personal address unknown or omitted for privacy]

**DALWAYNE WALCOTT**
[personal address unknown or omitted for privacy]

**VICTOR GARCIA**
[personal address unknown or omitted for privacy]