UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FADI SHUMAN,

Plaintiff,

v.

THE CITY OF NEW YORK, *et al.*,

Defendants.

No. 26 Civ. 3805 (JPC)

NOTICE OF APPEARANCE

Please take notice that the undersigned, Rebecca Tinio of KKL LLP, hereby enters her appearance as counsel for Defendants SHAKUR STOVES-BOSTON and CARLOS DELAROSA in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: August 31, 2026

Respectfully submitted,

/s/ *Rebecca S. Tinio*

Rebecca S. Tinio
KKL LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9567
Rebecca.Tinio@KKLllp.com