UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FADI SHUMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>Defendants. | No. 26 Civ. 3805 (JPC)<br><br><u>NOTICE OF APPEARANCE</u> |

Please take notice that the undersigned, Melissa Danzo of KKL LLP, hereby enters her appearance as counsel for Defendants SHAKUR STOVES-BOSTON and CARLOS DELAROSA in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: August 31, 2026

Respectfully submitted,

/s/ *Melissa C. Danzo*

Melissa C. Danzo
KKL LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9566
Melissa.Danzo@KKLllp.com