# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed:
Index # 1:26-cv-03805-JPC

*Fadi Shuman* — Plaintiff

against

*The City of New York, et al.* — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY SS.:

James Perone, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on August 28, 2026, at 11:00 AM, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and First Amended Complaint with Judge Cronan's Individual Rules, SDNY ECF Filing Rules and Supporting Papers on Pinkerton Consulting & Investigations Inc., the Defendant in this action, by delivering to and leaving with Kayla Moore, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: 22 - 35 Yrs. Approx. Wt: 131-160 Approx. Ht: 5' 4" - 5' 8"
Color of skin: Black Hair color: Black Sex: Female Other:

Sworn to before me on this
28th day of August 2026

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2030

James Perone
**Attny's File No.**
Invoice•Work Order # S1947213