THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**STEVEN BANKS**
*Corporation Counsel*

**SEAMUS O'CONNOR**
*Assistant Corporation Counsel*
seoconno@law.nyc.gov
Phone: (212) 356-2337

September 1, 2026

**By ECF**
Magistrate Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

Re: Fadi Shuman v. City of New York et. al,
26-CV-3805 (JPC)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department. I write on behalf of defendant City of New York to respectfully request a two week enlargement of time from September 3, 2026, to September 17, 2026, to answer or otherwise respond to the Complaint. This is the second request for an extension to answer. Plaintiff's counsel consents to this request.

Plaintiff alleges, inter alia that on May 7, 2025, he was falsely arrested and subject to excessive force by Public Safety Officers hired by Columbia University while Plaintiff was attending a protest. (ECF No. 1) Plaintiff further alleges on the individual safety officers were "cloaked" with state power and therefore were liable under the state common law doctrine of respondent superior. (Id. at ¶ 103) The City was served on June 2, 2026. (ECF No. 12) On June 23, 2026, The City requested a sixty day extension of time to respond to the Complaint. (ECF No. 17) On June 24, 2026, the Court granted the request and ordered a responsive filing due August 22, 2026. (ECF No. 18) On August 20, 2026 Plaintiff filed the First Amended Complaint. (See ECF No. 33)

Under Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendant City to respond is September 3, 2026. FRCP 15(a)(3). Counsel has been reviewing the changes made to the First Amended Complaint and requires more time to draft a substantive response. While unfortunate, an extension of time is requested so that the defendants are not prejudiced by a hastily-written response. In addition, this request, an extension of two weeks, will cause little prejudice to plaintiff. Defendants do not anticipate this extension will not affect any other deadlines before the Court. Accordingly, for the reasons stated above, the City respectfully requests a two week enlargement of time until September 3, 2026, to September 17, 2026 answer or otherwise respond to the Complaint.

Thank you for your consideration of this request.

Respectfully submitted,

/s/*Seamus O'Connor*
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Counsel by ECF