IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FADI SHUMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, UNIVERSAL PROTECTION SERVICE LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES, PINKERTON CONSULTING & INVESTIGATIONS, INC., SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATTHEW COLEMAN, CAMERON JOHNSON, EDGAR TRAPSH, DONALD CANNON, RICHARD GRANT, DALWAYNE WALCOTT, VICTOR GARCIA, and JOHN DOES 1-2, individually and in their official capacities,<br><br>Defendants. | ) | CIVIL ACTION NO. 1:26-cv-03805-JPC<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of the undersigned as counsel of record for Defendant Pinkerton Consulting & Investigations, Inc. Further, the undersigned requests that all notices give or required to be served in this case be given to and served upon the undersigned.

Dated: September 10, 2026.

*<u>/s/ Jordyn L. Simon</u>*
Jordyn L. Simon
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Phone: 404-873-8502
Fax: 404-873-8503
jordyn.simon@agg.com

*Attorney for Defendant Pinkerton Consulting & Investigations, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that on September 10, 2026, I have caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: September 10, 2026.

*/s/ Jordyn L. Simon*
Jordyn L. Simon