IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FADI SHUMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, UNIVERSAL PROTECTION SERVICE LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES, PINKERTON CONSULTING & INVESTIGATIONS, INC., SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATTHEW COLEMAN, CAMERON JOHNSON, EDGAR TRAPSH, DONALD CANNON, RICHARD GRANT, DALWAYNE WALCOTT, VICTOR GARCIA, and JOHN DOES 1-2, individually and in their official capacities,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-03805-JPC<br><br>**AFFIDAVIT OF MEGAN P. MITCHELL IN SUPPORT OF HER APPLICATION FOR ADMISSION PRO HAC VICE** |

**AFFIDAVIT OF MEGAN P. MITCHELL**

COMES NOW, Megan P. Mitchell, in support of her application for admission *pro hac vice* in the above-captioned matter, and swears under penalty of perjury that the following statements are true and correct:

A. I have never been convicted of a felony;

B. I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and

C. There are not and have never been any disciplinary proceedings presently against me.

Dated: September 10, 2026.

Respectfully Submitted,

Megan P. Mitchell, Georgia Bar No. 916934
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Phone: 404-873-8164
Fax: 404-873-8165
Email: megan.mitchell@agg.com

JOHN GORDON
NOTARY PUBLIC
Fulton County
State of Georgia
My Comm. Expires November 14, 2028

Subscribed and sworn to before me
this 10th day of September, 2026.

Notary Public