IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FADI SHUMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, UNIVERSAL PROTECTION SERVICE LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES, PINKERTON CONSULTING & INVESTIGATIONS, INC., SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATTHEW COLEMAN, CAMERON JOHNSON, EDGAR TRAPSH, DONALD CANNON, RICHARD GRANT, DALWAYNE WALCOTT, VICTOR GARCIA, and JOHN DOES 1-2, individually and in their official capacities,<br><br>Defendants. | CIVIL ACTION NO. 1:26-cv-03805-JPC<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Megan P. Mitchell ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Georgia, and that her contact information is as follows:

Megan P. Mitchell, Georgia Bar No. 916934
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Phone: 404-873-8164
Fax: 404-873-8165
Email: megan.mitchell@agg.com

Applicant having requested to appear *pro hac vice* for all purposes as counsel for Defendant Pinkerton Consulting & Investigations, Inc. in the above-entitled action.

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ____________________ ____________________________________