Arnall Golden Gregory LLP

171 17th Street NW
Suite 2100
Atlanta, GA 30363
Direct Phone: 404.873.8164
Direct Fax: 404.873.8165
Email: megan.mitchell@agg.com

September 11, 2026

By ECF/E-Mail

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

***Re: Shuman v. City of New York et al.*, 26 Civ. 3805 (JPC)**

Dear Judge Cronan:

We represent defendant Pinkerton Consulting & Investigations, Inc. ("Pinkerton") in the above-captioned proceeding. We respectfully submit this letter to request that the Court grant Pinkerton an extension of time, through and including October 9, 2026, to answer, move, or otherwise respond to the First Amended Complaint. We have conferred with counsel for Plaintiff, who courteously consents to this request.

Pinkerton was served with the First Amended Complaint through the New York Secretary of State on August 28, 2026, and the docket indicates that Pinkerton's responsive pleading deadline is September 18, 2026. (Dkt. No. 52.) However, Pinkerton did not receive service papers until September 10, 2026. Given the late receipt of service papers, and to allow Pinkerton sufficient time to review the allegations in the First Amended Complaint, evaluate its legal options, and otherwise prepare its defense, Pinkerton respectfully requests that the Court establish October 9, 2026, as the deadline for Pinkerton to respond to the First Amended Complaint.

This is the first request by Pinkerton for an extension of time to respond to the complaint. As noted above, Plaintiff's counsel has consented to the extension. This extension will not affect any other scheduled dates or deadlines.

Sincerely,

ARNALL GOLDEN GREGORY LLP

*/s/ Jordyn L. Simon*
Jordyn L. Simon

*Counsel for Defendant Pinkerton Consulting & Investigations, Inc.*

cc: All Counsel of Record (via ECF)

The request is granted. Pinkerton's time to respond to the Complaint is extended to October 9, 2026. The Clerk of Court is respectfully directed to close Dkt. 61.

SO ORDERED:
September 11, 2026

JOHN P. CRONAN
United States District Judge