IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FADI SHUMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, UNIVERSAL PROTECTION SERVICE LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES, PINKERTON CONSULTING & INVESTIGATIONS, INC., SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATTHEW COLEMAN, CAMERON JOHNSON, EDGAR TRAPSH, DONALD CANNON, RICHARD GRANT, DALWAYNE WALCOTT, VICTOR GARCIA, and JOHN DOES 1-2, individually and in their official capacities,<br><br>Defendants. | ) | CIVIL ACTION NO. 1:26-cv-03805-JPC<br><br>**MOTION FOR ADMISSION PRO HAC VICE FOR KELSEY V. O'NEILL** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Kelsey V. O'Neill hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Pinkerton Consulting & Investigations, Inc. in the above-captioned action.

I am in good standing in the bar of the State of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 14, 2026.

Respectfully Submitted,

/s/Kelsey V. O'Neill
Kelsey V. O'Neill, Georgia Bar No. 695854
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Phone: 404-873-8610
Email: kelsey.oneilll@agg.com