State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

**Ms. Kelsey Victoria O'Neill**
**Arnall Golden Gregory LLP**
**171 17th Street NW Suite 2100**
**Atlanta, GA 30363**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **10/23/2024** |
| **BAR NUMBER:** | **695854** |
| **TODAY'S DATE:** | **09/10/2026** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in "good standing" as termed and defined by State Bar Rule 1-204. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

**Official Representative of the State Bar of Georgia**