THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**STEVEN BANKS**
*Corporation Counsel*

**SEAMUS O'CONNOR**
*Assistant Corporation Counsel*
seoconno@law.nyc.gov
Phone: (212) 356-2337

September 14, 2026

**By ECF**
District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

Re: Fadi Shuman v. City of New York et. al,
26-CV-3805 (JPC)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department. I write on behalf of defendant City of New York to respectfully request a two week enlargement of time from September 17, 2026, to October 1, 2026, to answer or otherwise respond to the Complaint. This is the third request for an extension to answer. Plaintiff's counsel consents to this request.

Plaintiff alleges, inter alia that on May 7, 2025, he was falsely arrested and subject to excessive force by Public Safety Officers hired by Columbia University while Plaintiff was attending a protest. (ECF No. 1) Plaintiff further alleges on the individual safety officers were "cloaked" with state power and therefore were liable under the state common law doctrine of respondent superior. (Id. at ¶ 103) The City was served on June 2, 2026. (ECF No. 12) On June 23, 2026, The City requested a sixty day extension of time to respond to the Complaint. (ECF No. 17) On June 24, 2026, the Court granted the request and ordered a responsive filing due August 22, 2026. (ECF No. 18) On August 20, 2026 Plaintiff filed the First Amended Complaint. (See ECF No. 33) On September 1, 2026, the City requested a two week extension from September 3, 2026 to September 17, 2026 to review the allegations of the First Amended Complaint. (ECF No. 55) On September 2, 2026, The Court granted the City's extension and ordered the City to respond by September 17, 2026. (ECF No. 56)

An extension is requested for the following reasons. Counsel has been reviewing the allegations of the First Amended Complaint and requires more time to assess whether the City should answer or move to dismiss. While defendant City originally believed that two weeks would be enough time to review the allegations and respond, unfortunately additional time is needed. In addition, this request, an extension of two weeks, will cause little prejudice to plaintiff. Defendants do not anticipate this extension will not affect any other deadlines before the Court. Accordingly, for the reasons stated above, the City respectfully requests a two week enlargement of time until September 17, 2026, to October 1, 2026 answer or otherwise respond to the Complaint.

Thank you for your consideration of this request.

Respectfully submitted,

/s/*Seamus O'Connor*
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Counsel by ECF

The request is granted. The City of New York's time to respond to the Complaint is extended to October 1, 2026. The Clerk of Court is respectfully directed to close Dkt. 65.

SO ORDERED:
September 15, 2026

**JOHN P. CRONAN**
**United States District Judge**