UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF

**Plaintiff / Petitioner:**
FADI SHUMAN
**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

**Index No:**
**26-CV-3805**

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Sat, Sep 26 2026 AT 08:35 AM AT 1690 Metropolitan Avenue APT 6E, Bronx, NY 10462 deponent served the within summons and first amended complaint,ecf rules dated February 2nd 2026 and JPC CRONAN INDIVIDUAL CIVIL RULES on DALWAYNE WALCOTT

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** ________________ a defendant, therein named, by delivering a true copy of each to ________________ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be ________________ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Jennifer Huie a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 1690 Metropolitan Avenue APT 6E, Bronx, NY 10462, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Sat, Sep 26 2026.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60 Ethnicity: African American Gender: Female Weight: 180
Height: 5'3" Hair: Black Eyes: Brown Relationship: Mother
Other

Mitchell Raider
1450036

I affirm this 26 day of SEPTEMBER, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.