Gideon Orion Oliver
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com***
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

**Not for service*

October 2, 2026

BY ECF and E-Mail to Chambers
Hon. John Peter Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 218
New York, NY 10007

**Re: *Fadi Shuman v. The City of New York, et al*, 1:26-cv-03805 (JPC)**

Your Honor:

I am co-counsel for Plaintiff. I write to ask that the Court extend next Tuesday's deadline by which Plaintiff must respond to Defendant City's pre-motion conference letter (ECF 74) by one week, until October 13, 2026, so that several of the parties can discuss a potential resolution without the need for motion practice. There has been no prior application to adjust this deadline. Defendant City consents to this application.

Thank you for your attention to this matter.

Respectfully submitted,

Gideon Orion Oliver

The request is granted. By October 13, 2026, Plaintiff shall submit a status update or respond to Defendant City's pre-motion letter. The Clerk of Court is respectfully directed to close Dkt. 75.

SO ORDERED.
October 2, 2026

JOHN P. CRONAN
United States District Judge