IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FADI SHUMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, THE TRUSTEES OF COLUMBIA UNIVERSITY, UNIVERSAL PROTECTION SERVICE LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES, PINKERTON CONSULTING & INVESTIGATIONS, INC., SHAKUR STOVES-BOSTON, CARLOS DELAROSA, PATRICK OAKLEY, MATTHEW COLEMAN, CAMERON JOHNSON, EDGAR TRAPSH, DONALD CANNON, RICHARD GRANT, DALWAYNE WALCOTT, VICTOR GARCIA, and JOHN DOES 1-2, individually and in their official capacities,<br><br>Defendants. | ) | CIVIL ACTION NO. 1:26-cv-03805-JPC<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of the undersigned as counsel of record for Defendant Victor Garcia. Further, the undersigned requests that all notices give or required to be served in this case be given to and served upon the undersigned.

Dated: October 29, 2026.

/s/ Megan P. Mitchell
Megan P. Mitchell, Georgia Bar No. 916934
(admitted *pro hac vice*)
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Phone: 404-873-8164
Fax: 404-873-8165
Email: megan.mitchell@agg.com

*Attorneys for Defendants Pinkerton Consulting & Investigations, Inc., Dalwayne Walcott and Victor Garcia*

**CERTIFICATE OF SERVICE**

This is to certify that on October 29, 2026, I have caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: October 29, 2026.

*/s/ Megan P. Mitchell*
Megan P. Mitchell