**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KATHLEEN D. REILLY**
*Senior Counsel*
Phone: (212) 356-2368
Fax: (212) 356-3558
Email: kareilly@law.nyc.gov

November 4, 2026

**BY ECF**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Fadi Shuman v. City of New York, et al.,
26 Civ. 3805 (JPC)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to respectfully request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendant City of New York and terminating Seamus O'Connor as counsel of record for defendant City. Simultaneously herewith, I am filing a notice of substitution of counsel.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Kathleen D. Reilly

Kathleen D. Reilly
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**: All counsel of record