UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

FADI SHUMAN,

*Plaintiff,*

-against-

CITY OF NEW YORK, *et al.*,

*Defendants*.

---------------------------------------------------------------------- x

**NOTICE OF SUBSTITUTION OF COUNSEL**

26 Civ. 3805 (JPC)

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of **SEAMUS O'CONNOR**, as counsel of record on behalf of defendant City of New York:

**KATHLEEN D. REILLY**
*Senior Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2368
kareilly@law.nyc.gov

From this date forward, please terminate Seamus O'Connor from the docket as counsel of record and replace him with Kathleen D. Reilly.

Dated: New York, New York
November 4, 2026

STEVEN BANKS
Corporation Counsel of the
City of New York
*Attorney for Defendant*
100 Church Street
New York, New York 10007
(212) 356-2368
kareilly@law.nyc.gov

By: Kathleen D. Reilly
Kathleen D. Reilly
*Senior Counsel*

cc: **BY ECF**: *All counsel of record*