UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

FADI SHUMAN,

*Plaintiff,*

-against-

CITY OF NEW YORK, *et al.*,

*Defendants.*
---------------------------------------------------------------------- x

**NOTICE OF SUBSTITUTION OF COUNSEL**

26 Civ. 3805 (JPC)

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of **SEAMUS O'CONNOR**, as counsel of record on behalf of defendant City of New York:

**KATHLEEN D. REILLY**
*Senior Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2368
kareilly@law.nyc.gov

From this date forward, please terminate Seamus O'Connor from the docket as counsel of record and replace him with Kathleen D. Reilly.

Dated: New York, New York
November 4, 2026

STEVEN BANKS
Corporation Counsel of the
City of New York
*Attorney for Defendant*
100 Church Street
New York, New York 10007
(212) 356-2368
kareilly@law.nyc.gov

By: [signature]
Kathleen D. Reilly
*Senior Counsel*

cc: **BY ECF**: *All counsel of record*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x

FADI SHUMAN,

*Plaintiffs*,

-against-

THE CITY OF NEW YORK, et al.,

*Defendants*.

---------------------------------------------------------------------------- x

**DECLARATION OF SEAMUS O'CONNOR IN SUPPORT OF DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

26 Civ. 3805 (JPC)

**SEAMUS O'CONNOR,** an attorney duly admitted to practice in the above-captioned matter in Southern District of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and Defendants' counsel of record in the above-captioned action.

2. I will be leaving the New York City Law Department on October 26, 2026, after which time I will have no involvement in this matter.

3. The representation of Defendants has been transferred to another Assistant Corporation Counsel at my office, who is filing a notice of substitution of counsel along with this declaration.

4. Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the notice of substitution of counsel.

Dated: October 26, 2026
New York, New York

By: /s/ *Seamus O'Connor*
Seamus O'Connor
*Assistant Corporation Counsel*
Special Federal Litigation Division

The Clerk of Court is respectfully directed to terminate Seamus O'Connor as attorney of record for the City of New York. The Clerk of Court is further directed to close Dkt. 86.

SO ORDERED.
November 5, 2026

JOHN P. CRONAN
United States District Judge