UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FADI SHUMAN, Plaintiff, -v- CITY OF NEW YORK, *et al.*, Defendants. | 26 Civ. 3805 (JPC) <br> ORDER |

JOHN P. CRONAN, United States District Judge:

Counsel for all parties are ordered to appear before the undersigned for a conference on December 9, 2026, at 2:00 p.m., to discuss Defendants' pre-motion letters in connection with their anticipated motions to dismiss. *See* Dkts. 57, 69, 74, 77, 82, 89. The Court will take place in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

Before the conference, the parties shall meet and confer in good faith about a briefing schedule. Defendants' counsel should be prepared to discuss whether, and to what extent, Defendants should file joint or coordinated memoranda of law on their common arguments, and whether the City's anticipated motion should be briefed separately.

In several letters, Plaintiff "reserves the right to amend his Complaint to cure any deficiencies pursuant to FRCP Rule 15(a)(1)(B)." Dkt. 78 at 3; Dkt. 79 at 3; *see also* Dkt. 90 at 3. But Rule 15(a)(1)(B) permits a party to amend a complaint "once as a matter of course" prior to the earlier of twenty-one days after service of an answer or a motion pursuant to Rule 12(b), (e), or (f). Plaintiff filed the First Amended Complaint without leave of Court or Defendants' written consent, before any responsive pleading or Rule 12 motion was served. *See* Dkts. 1, 40. He therefore has

already amended "once as a matter of course." Fed. R. Civ. P. 15(a)(1); *see Zinnamon v. Profound Color, LLC*, No. 23 Civ. 2722 (LJL), 2023 WL 6882415, at *2 n.2 (S.D.N.Y. Oct. 17, 2023) (explaining that a plaintiff may not invoke Federal Rule of Civil Procedure 15(a)(1)(B) after he "has already amended his complaint once"). Accordingly, Plaintiff's counsel should be prepared to discuss whether Plaintiff intends to seek leave to amend once again in light of the issues raised in Defendants' pre-motion letters. If not, counsel should be prepared to identify where in the First Amended Complaint the theories advanced in Plaintiff's letters are alleged.

SO ORDERED.

Dated: November 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge